UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE LEGAL LLC,<br><br>    Defendant. | Case No. 22-cv-00360-WHO<br><br>**ORDER REGARDING SERVICE**<br>Re: Dkt. Nos. 29, 33 |

Pro se plaintiff George Jarvis Austin's request for an extension of time to serve defendant under Federal Rule of Civil Procedure 4(m) is GRANTED in part. Given that Austin's request to proceed *in forma pauperis* was pending until recently and Austin only paid the filing fee on June 20, 2022, I find that the default 90 day service rule under Rule 4(m) runs from June 20, 2022. Therefore, Austin has until September 19, 2022 to serve defendant One Legal LLC.

If Austin requires an extension of time past September 19, 2022 to serve defendant One Legal LLC, he may file a further administrative motion supported by a declaration explaining the steps he has taken with respect to service and why additional time is warranted.

**IT IS SO ORDERED.**

Dated: July 21, 2022

                                              William H. Orrick
                                              United States District Judge